IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| DAVID WEBB,<br><br>                Plaintiff,<br><br>v.<br><br>STATE OF UTAH et al.,<br><br>                Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:16-cv-00017-JNP-PMW<br><br>Judge Jill N. Parrish |

On May 5, 2016, Judge Warner filed a Report & Recommendation in this case. (Docket 10). Judge Warner's recommendation was that Mr. Webb's complaint be dismissed because it failed "to allege a basis for [this court's] jurisdiction or to state a claim on which relief may be granted." Judge Warner also recommended that Mr. Webb's "Motion to Amend Complaint by Adding Defendants" be denied. (Docket 8). Finally, Judge Warner recommended that Mr. Webb be given 21 days to amend the substance of his complaint, without adding any new defendants, in order to cure the defects. On May 18, 2016, Mr. Webb filed an Objection to the Report and Recommendation. (Docket 12).

Based on the court's *de novo* review of the record, the relevant legal authorities, Judge Warner's Report and Recommendation, and Mr. Webb's Objection, the court concludes that the

Report and Recommendation is a correct application of the law and the facts.  Accordingly, the court ORDERS as follows:

1. The Recommendation (Docket 10) is ADOPTED IN FULL.

2. The complaint is DISMISSED.

3. The Motion to Amend Complaint by Adding Defendants (Docket 8) is DENIED.

4. Mr. Webb has 21 days to file an amended complaint, without naming any additional defendants, to correct the jurisdiction and other defects.

SO ORDERED May 27, 2016.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge