# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| DAVID WEBB,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF UTAH et al.,<br><br>    Defendants. | REPORT AND RECOMMENDATION<br><br>Case No. 2:16-cv-00017-JNP-PMW<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Paul M. Warner |

District Judge Jill N. Parrish referred this case to Magistrate Judge Paul M. Warner pursuant to 28 U.S.C. § 636(b)(1)(B).[1] The court permitted Plaintiff David Webb ("Plaintiff") to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915.[2] Pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), this court previously issued a report and recommendation reviewing the sufficiency of Plaintiff's complaint.[3] In that report, the court noted substantive defects in the operative complaint and recommended that the complaint be dismissed with leave to amend.[4] The district court adopted the report and recommendation in full, dismissed the operative complaint, and gave Plaintiff "21 days to file an amended complaint, without naming any additional

---

[1] Docket no. 7.

[2] Docket no. 3.

[3] Docket no. 10.

[4] *Id.*

defendants, to correct the jurisdiction and other defects."[5]  Plaintiff filed a second amended complaint on June 16, 2016.[6]

Having reviewed the second amended complaint, this court finds that Plaintiff failed to resolve the substantive defects discussed in the prior report and recommendation.  Accordingly, **IT IS HEREBY RECOMMENDED** that Plaintiff's second amended complaint be **DISMISSED**.  Because Plaintiff was previously given leave to amend to address these defects, **IT IS RECOMMENDED** that the case be dismissed with prejudice.

\* \* \* \* \*

Copies of this Report and Recommendation are being sent to Plaintiff, who is hereby notified of his right to object.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  Plaintiff must file any objection to this Report and Recommendation within fourteen (14) days after being served with a copy of it.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  Failure to object may constitute waiver of objections upon subsequent review.

**IT IS SO ORDERED.**

DATED this 15th day of September, 2016.

BY THE COURT:

PAUL M. WARNER
United States Magistrate Judge

---

[5] Docket no. 14.

[6] Docket no. 16.